MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. LIN (NYBN 5048053)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: kevin.lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00049 YGR |
|     Plaintiff, | |
| v. | NOTICE OF DISMISSAL AND ORDER |
| KRISTOFFER LORENZO, | |
|     Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with

//
//
//
//
//
//
//

NOTICE OF DISMISSAL
13-00049 YGR

the indictment in this case.

DATED: February 19, 2013          Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MIRANDA KANE
Chief, Criminal Division

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned indictment.

DATED: February 20, 2013

HON. YVONNE GONZALEZ ROGERS
United States District Judge

NOTICE OF DISMISSAL
CR 13-00049 YGR          2